F. A. Bosco, appellee, v. Maciej Noga and Stanley Noga, appellants. Gen. No. 37,091.

Opinion filed February 5, 1934.

Edward S. King and Carl Miller, for appellants; Edward S. King, of counsel. No appearance for appellee.

Mr. Justice O'Connor delivered the opinion of the court.